No. 666. DASHIELL MOTOR Co. *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles H. Pegler* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John J. Byrne,* and *W. Marvin Smith,* for the United States.